NEW PALTZ, H. & P. TRACTION CO. v. CENTRAL NEW ENGLAND RY. CO. et al. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by the New Paltz, Highland & Poughkeepsie Traction Company against the Central New England Railway Company and another. In the matter of the application of the Central New England Railway Company for the elimination of the following grade crossings in the town of Lloyd, Ulster county: (1) The North road to Black Lake; (2) the New Paltz turnpike, also known as the Whittley crossing; and (3) for deter-

mining the manner in which the proposed new crossing at Brooks crossing shall be constructed.

PER CURIAM. Ordered that the injunction granted by Justice Chester, pending the order to show cause before the Appellate Division, be continued until the action is tried and determined before Justice Chester. If the trial is delayed by the plaintiff, the justice may modify or vacate the injunction. The justice may at any time, for any sufficient reason appearing to him, vacate or modify the stay before the conclusion of the trial.

SMITH, P. J., and WOODWARD, J., dissent.